# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Damorius D. Gaines <br> aka Damorius Dontavius Gaines <br> *Petitioner* <br> v. <br> Sheriff Chad McBride <br> *Respondent* | ) ) ) ) ) ) Civil Action No. 4:18-cv-1838-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Petition is dismissed, without prejudice and without requiring Respondent to file a return

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge. The court adopts the Report and Recommendation of Thomas E. Rogers, III, United States Magistrate Judge.

Date: August 8, 2018

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*